# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 24-CR-423 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| US v Michael S. Jeffries | Bill of Particulars |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
225 Cadman Plaza East Street, Brooklyn, New York 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Joseph Nocella Jr., United States Attorney
Eastern District of New York
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

CAT IDs # 26-FBI-000157

Please take custody of the seized check and deposit into the SADF.

↳ $10,110,954.53

Signature of Attorney other Originator requesting service on behalf of:
*Michael J. Castiglione by MM*
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (718) 254-7533
DATE: 11/6/25

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk | Date 11/7/25 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 11/10/25   Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | | | $65.00 | | $0.00 |

REMARKS: $10,110,954.53 deposited into SADF on 11/10/2025.
1:2024-CR-00423-2

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

EMR/MEF/SMF
F. #2023R00737

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

MICHAEL S. JEFFRIES,
MATTHEW C. SMITH and
JAMES T. JACOBSON,
    also known as "Jim Jake,"
"Mrs. Cook" and "Todd,"

                  Defendants.

- - - - - - - - - - - - - -X

BILL OF PARTICULARS

24-CR-423 (NJC)

        The United States of America, by and through JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, and Erin M. Reid, Megan E. Farrell and Sean M. Fern, Assistant United States Attorneys, hereby files, pursuant to Federal Rule of Criminal Procedure 32.2(a), the following Bill of Particulars for Forfeiture of Property.

        The above-captioned Indictment seeks forfeiture of property pursuant to Title 18, United States Code, Section 1594(d) and Title 21, United States Code, Section 853(p) in connection with Count One of the Indictment; and Title 18, United States Code, Section 2428(a) and Title 21, United States Code, Section 853(p) in connection with Counts Two through Sixteen of the Indictment. The United States hereby gives notice to the defendants that the United States is seeking forfeiture of the following property:

    (i)    approximately $1,027,362.68 in funds seized by law enforcement on or about October 10, 2025, from JP Morgan Chase Bank Account No. W7325008, held in the name of Michael S. Jeffries Revocable Trust, and all proceeds traceable thereto; and

    (ii) approximately $10,110,954.53 in funds, securities, and/or assets seized by law enforcement on or about October 10, 2025, from Fidelity Investments Account No. Z40-479626, held in the name of Michael S. Jeffries Revocable Trust, and all proceeds traceable thereto.

The United States reserves the right to supplement or amend this Bill of Particulars.

Dated: Brooklyn, New York
   October 17, 2025

               JOSEPH NOCELLA, JR.
               United States Attorney
               Eastern District of New York
               271-A Cadman Plaza East
               Brooklyn, New York 11201

         By: /s/_____
             Erin M. Reid
             Megan E. Farrell
             Sean M. Fern
             Assistant U.S. Attorneys
             (718) 254-7000

cc: Clerk of the Court (NJC) (by ECF)
   All Counsel of Record (by ECF)