

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EMR/MEF
F. #2023R00737

*610 Federal Plaza*
*Central Islip, New York 11722*

December 10, 2025

By ECF

The Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    United States v. Michael S. Jeffries et al.
           Criminal Docket No. 24-423 (NJC)

Dear Judge Choudhury:

        Please find enclosed a December 4, 2025 letter to the Court from B. Lott, Acting Warden at the Bureau of Prisons ("BOP") Federal Medical Facility in Butner, North Carolina ("FMC-Butner") regarding the forensic evaluation Michael Jeffries, and a December 4, 2025 Letter from B. Lott to the Clerk of the Court, enclosing a Certificate of Restoration of Competency to Stand Trial for Michael Jeffries. The government and counsel for Jeffries, who consents to the public filing of the attached, received both documents via email on December 10, 2025.

        Respectfully submitted,

        JOSEPH NOCELLA, JR.
        United States Attorney

By:   /s/
      Erin Reid
      Megan E. Farrell
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Clerk of the Court (NJC) (by ECF)
       Brian Bieber, Esq. (by E-mail)