

*United States Attorney*
*Eastern District of New York*

EMR/MEF/ART
F. #2023R00737

*610 Federal Plaza*
*Central Islip, New York 11722*

March 10, 2026

<u>By ECF</u>

The Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

       Re:    United States v. Michael S. Jeffries
             <u>Criminal Docket No. 24-423 (NJC)</u>

Dear Judge Choudhury:

      We write on behalf of the government to provide the following documents, in connection with the competency hearing in this matter scheduled to begin on March 24, 2026.

      Enclosed as <u>Exhibit A</u> is the cover letter for the government's expert witness disclosure, in accordance with Fed. R. Crim. P. 16(b)(1)(C)(iii), provided to counsel with the referenced exhibits on March 10, 2026.

      Enclosed as <u>Exhibit B</u> is the government's Exhibit List.

      Enclosed as <u>Exhibit C</u> is the government's 3500 List.

      In accordance with the Court's rules, the government will provide the Court with hard copies of 3500 material and exhibits.  Additionally, per the instructions of Chambers, on

March 10, 2026, the government delivered to the Court an electronic copy of exhibits and 3500 material on a flash drive.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:     /s/                    
         Erin Reid
         Megan E. Farrell
         Adam R. Toporovsky
         Assistant U.S. Attorneys
         (718) 254-7000

cc:     Clerk of the Court (NJC) (by ECF)
         Brian Bieber, Esq. (by E-mail and ECF)

# EXHIBIT A



EMR/MEF/AT                          *610 Federal Plaza*
F. #2023R00737                      *Central Islip, New York 11722*


March 10, 2026


<u>By E-mail</u>


Brian H. Bieber
Alek Ubieta
GrayRobinson
333 SE 2nd Ave., Suite 3200
Miami, Florida 33131

         Re:    United States v. Michael Jeffries
                <u>Criminal Docket No. 24-423 (NJC)</u>

Counsel:

         Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(iii), the government anticipates calling Drs. Cheryl Paradis, Psy.D., Cassondra Morris, Psy.D., and Tracy O'Connor Pennuto, J.D., Ph.D., to testify as expert witnesses at the forthcoming competency hearing, scheduled to begin on March 24, 2026 (the "Competency Hearing"):

         The sum and substance of Dr. Paradis's anticipated testimony and expert opinions to be elicited at the Competency Hearing is contained within the following reports, which have previously been provided to you: (1) Forensic Psychological and Neuropsychological Evaluation, dated March 18, 2025; and (2) Forensic Psychological Evaluation, dated February 13, 2026. The sum and substance of Dr. Morris's and Dr. Pennuto's anticipated testimony and expert opinions to be elicited at the Competency Hearing is contained within the following reports, which have previously been provided to you: (1) Neuropsychological Evaluation, dated December 10, 2025; and (2) Forensic Evaluation Report conducted at the Federal Medical Center in Butner, North Carolina, dated December 10, 2025.[1]

         Copies of the most recent curricula vitae for Drs. Paradis, Morris, and Pennuto are attached hereto as Exhibits A, B, and C, respectively, which include lists of publications. Lists

---

      [1]     The reports also include the underlying data, which the government understands was provided to Drs. Jacqueline C. Valdes, Ph.D., Alexander Sasha Bardey, M.D., and Miranda Rosenberg, Psy.D.

of all cases where Drs. Paradis, Morris, and Pennuto have testified as expert witnesses are attached hereto as Exhibits D, E, and F, respectively.[2]

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: _____/s/_____

Erin M. Reid
Megan E. Farrell
Adam R. Toporovsky
Assistant U.S. Attorneys
(718) 254-1000

cc: Clerk of the Court (NJC) (without enclosures)

---

[2] The government will provide supplement disclosures if it receives additional material.

# EXHIBIT B

EMR/MEF/AT
F. #2023R00737

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

    - against -               Docket. No. 24-CR-423 (NJC)

MICHAEL S. JEFFRIES,

         Defendant.

– – – – – – – – – – – – – – – – – – –X


THE GOVERNMENT'S EXHIBIT LIST

Defendant Jeffries Competency Hearing - March 24, 2026


                                       JOSEPH NOCELLA, JR.
                                       UNITED STATES ATTORNEY
                                       Eastern District of New York
                                       610 Federal Plaza
                                       Central Islip, New York 11722


Erin M. Reid
Megan E. Farrell
Adam R. Toporovsky
Assistant U.S. Attorneys
    (Of Counsel)

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Forensic Psychological and Neuropsychological Evaluation Report for Defendant Michael Jeffries executed by Cheryl Paradis, Psy.D., dated 3/18/2025 | | |
| 2 | Certificate of Restoration of Competency to Stand Trial regarding Defendant Michael Jeffries, executed by BOP Acting Warden B. Lott, with accompanying Forensic Evaluation Report executed by Cassondra Morris, Psy.D., both dated 12/10/2025 | | |
| 3 | Forensic Psychological Evaluation Report for Defendant Michael Jeffries executed by Cheryl Paradis, Psy.D., dated 2/13/2026 | | |
| 4 | Part 1 of Audio Recording of BOP Evaluation of Defendant dated 1/13/2026 | | |
| 5 | Part 2 of Audio Recording of BOP Evaluation of Defendant dated 1/13/2026 | | |
| 6 | Part 3 of Audio Recording of BOP Evaluation of Defendant dated 1/13/2026 | | |
| 300 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/23/2025 | | |
| 300T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/23/2025 | | |
| 301 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/28/2025 | | |
| 301T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/28/2025 | | |
| 302 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/28/2025 | | |
| 302T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/28/2025 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 303 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/29/2025 | | |
| 303T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/29/2025 | | |
| 304 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/29/2025 | | |
| 304T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/29/2025 | | |
| 305 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/30/2025 | | |
| 305T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/30/2025 | | |
| 306 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/30/2025 | | |
| 306T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/30/2025 | | |
| 307 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/31/2025 | | |
| 307T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/31/2025 | | |
| 308 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/31/2025 | | |
| 308T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 7/31/2025 | | |
| 309 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/1/2025 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 309T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/1/2025 | | |
| 310 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/1/2025 | | |
| 310T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/1/2025 | | |
| 311 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/1/2025 | | |
| 311T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/1/2025 | | |
| 312 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/1/2025 | | |
| 312T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/1/2025 | | |
| 313 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/1/2025 | | |
| 313T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/1/2025 | | |
| 314 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/2/2025 | | |
| 314T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/2/2025 | | |
| 315 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/3/2025 | | |
| 315T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/3/2025 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 316 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/4/2025 | | |
| 316T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/4/2025 | | |
| 317 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/4/2025 | | |
| 317T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/4/2025 | | |
| 318 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/6/2025 | | |
| 318T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/6/2025 | | |
| 319 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/6/2025 | | |
| 319T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/6/2025 | | |
| 320 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/8/2025 | | |
| 320T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/8/2025 | | |
| 321 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/9/2025 | | |
| 321T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/9/2025 | | |
| 322 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/9/2025 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 322T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/9/2025 | | |
| 323 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/10/2025 | | |
| 323T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/10/2025 | | |
| 324 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/10/2025 | | |
| 324T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/10/2025 | | |
| 325 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/11/2025 | | |
| 325T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/11/2025 | | |
| 326 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/11/2025 | | |
| 326T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/11/2025 | | |
| 327 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/11/2025 | | |
| 327T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/11/2025 | | |
| 328 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/11/2025 | | |
| 328T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/11/2025 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 329 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/12/2025 | | |
| 329T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/12/2025 | | |
| 330 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/12/2025 | | |
| 330T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/12/2025 | | |
| 331 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/12/2025 | | |
| 331T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/12/2025 | | |
| 332 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/13/2025 | | |
| 332T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/13/2025 | | |
| 333 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/14/2025 | | |
| 333T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/14/2025 | | |
| 334 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/15/2025 | | |
| 334T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/15/2025 | | |
| 335 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/17/2025 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 335T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/17/2025 | | |
| 336 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/18/2025 | | |
| 336T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/18/2025 | | |
| 337 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/18/2025 | | |
| 337T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/18/2025 | | |
| 338 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/18/2025 | | |
| 338T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/18/2025 | | |
| 339 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/20/2025 | | |
| 339T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/20/2025 | | |
| 340 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/20/2025 | | |
| 340T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/20/2025 | | |
| 341 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/23/2025 | | |
| 341T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/23/2025 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 342 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/24/2025 | | |
| 342T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/24/2025 | | |
| 343 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/25/2025 | | |
| 343T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/25/2025 | | |
| 344 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/26/2025 | | |
| 344T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 8/26/2025 | | |
| 345 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/1/2025 | | |
| 345T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/1/2025 | | |
| 346 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/1/2025 | | |
| 346T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/1/2025 | | |
| 347 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/3/2025 | | |
| 347T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/3/2025 | | |
| 348 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/3/2025 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 348T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/3/2025 | | |
| 349 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/5/2025 | | |
| 349T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/5/2025 | | |
| 350 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/7/2025 | | |
| 350T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/7/2025 | | |
| 351 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/7/2025 | | |
| 351T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/7/2025 | | |
| 352 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/9/2025 | | |
| 352T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/9/2025 | | |
| 353 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/11/2025 | | |
| 353T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/11/2025 | | |
| 354 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/12/2025 | | |
| 354T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/12/2025 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 355 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/15/2025 | | |
| 355T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/15/2025 | | |
| 356 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/16/2025 | | |
| 356T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/16/2025 | | |
| 357 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/17/2025 | | |
| 357T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/17/2025 | | |
| 358 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/19/2025 | | |
| 358T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/19/2025 | | |
| 359 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/20/2025 | | |
| 359T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/20/2025 | | |
| 360 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/21/2025 | | |
| 360T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/21/2025 | | |
| 361 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/21/2025 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 361T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/21/2025 | | |
| 362 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/22/2025 | | |
| 362T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/22/2025 | | |
| 363 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/25/2025 | | |
| 363T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/25/2025 | | |
| 364 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/27/2025 | | |
| 364T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/27/2025 | | |
| 365 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/29/2025 | | |
| 365T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 9/29/2025 | | |
| 366 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/1/2025 | | |
| 366T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/1/2025 | | |
| 367 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/2/2025 | | |
| 367T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/2/2025 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 368 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/5/2025 | | |
| 368T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/5/2025 | | |
| 369 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/8/2025 | | |
| 369T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/8/2025 | | |
| 370 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/14/2025 | | |
| 370T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/14/2025 | | |
| 371 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/16/2025 | | |
| 371T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/16/2025 | | |
| 372 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/17/2025 | | |
| 372T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/17/2025 | | |
| 373 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/19/2025 | | |
| 373T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/19/2025 | | |
| 374 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/19/2025 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 374T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/19/2025 | | |
| 375 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/19/2025 | | |
| 375T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/19/2025 | | |
| 376 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/19/2025 | | |
| 376T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/19/2025 | | |
| 377 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/20/2025 | | |
| 377T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/20/2025 | | |
| 378 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/23/2025 | | |
| 378T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/23/2025 | | |
| 379 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/28/2025 | | |
| 379T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/28/2025 | | |
| 380 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/28/2025 | | |
| 380T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/28/2025 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 381 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/28/2025 | | |
| 381T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/28/2025 | | |
| 382 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/29/2025 | | |
| 382T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/29/2025 | | |
| 383 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/30/2025 | | |
| 383T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/30/2025 | | |
| 384 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/30/2025 | | |
| 384T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/30/2025 | | |
| 385 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/31/2025 | | |
| 385T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 10/31/2025 | | |
| 386 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/1/2025 | | |
| 386T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/1/2025 | | |
| 387 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/2/2025 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 387T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/2/2025 | | |
| 388 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/2/2025 | | |
| 388T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/2/2025 | | |
| 389 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/2/2025 | | |
| 389T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/2/2025 | | |
| 390 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/3/2025 | | |
| 390T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/3/2025 | | |
| 391 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/4/2025 | | |
| 391T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/4/2025 | | |
| 392 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/4/2025 | | |
| 392T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/4/2025 | | |
| 393 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/5/2025 | | |
| 393T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/5/2025 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 394 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/6/2025 | | |
| 394T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/6/2025 | | |
| 395 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/6/2025 | | |
| 395T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/6/2025 | | |
| 396 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/8/2025 | | |
| 396T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/8/2025 | | |
| 397 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/10/2025 | | |
| 397T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/10/2025 | | |
| 398 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/12/2025 | | |
| 398T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/12/2025 | | |
| 399 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/13/2025 | | |
| 399T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/13/2025 | | |
| 400 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/13/2025 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 400T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/13/2025 | | |
| 401 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/14/2025 | | |
| 401T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/14/2025 | | |
| 402 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/14/2025 | | |
| 402T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/14/2025 | | |
| 403 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/15/2025 | | |
| 403T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/15/2025 | | |
| 404 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/16/2025 | | |
| 404T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/16/2025 | | |
| 405 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/18/2025 | | |
| 405T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/18/2025 | | |
| 406 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/19/2025 | | |
| 406T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/19/2025 | | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 407 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/19/2025 | | |
| 407T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/19/2025 | | |
| 408 | Audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/19/2025 | | |
| 408T | Transcription of audio recording of conversation between Defendants Michael Jeffries and Matthew Smith dated 11/19/2025 | | |

# EXHIBIT C

EMR/MEF/AT
F. #2023R00737

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

    - against -                     Docket. No. 24-CR-423 (NJC)

MICHAEL S. JEFFRIES,

              Defendant.

– – – – – – – – – – – – – – – – – –X

THE GOVERNMENT'S LIST OF 18 U.S.C. § 3500 MATERIAL

Defendant Jeffries Competency Hearing - March 24, 2026

JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

Erin M. Reid
Megan E. Farrell
Adam R. Toporovsky
Assistant U.S. Attorneys
    (Of Counsel)

**Morris, Cassondra**

| 3500-CM-1 | Certificate of Restoration of Competency to Stand Trial regarding Defendant Michael Jeffries, executed by BOP Acting Warden B. Lott, with accompanying Forensic Evaluation Report executed by Cassondra Morris, Psy.D., both dated 12/10/2025 |
|---|---|
| 3500-CM-2 | Cassondra Morris Curriculum Vitae |
| 3500-CM-3 | Cassondra Morris Testimony List |

**Paradis, Cheryl**

| 3500-CP-1 | Cheryl Paradis Curriculum Vitae |
|---|---|
| 3500-CP-2 | Cheryl Paradis Testimony List (forthcoming) |
| 3500-CP-3 | Forensic Psychological and Neuropsychological Evaluation Report for Defendant Michael Jeffries executed by Cheryl Paradis, Psy.D., dated 3/18/2025 |
| 3500-CP-4 | Handwritten notes of BOP records dated 12/21/2025 |
| 3500-CP-5 | Worksheet and handwritten notes dated 1/12/2026 |
| 3500-CP-6 | Handwritten notes dated 1/12/2026 |
| 3500-CP-7 | Handwritten notes dated 1/13/2026 |
| 3500-CP-8 | Forensic Psychological Evaluation Report for Defendant Michael Jeffries executed by Cheryl Paradis, Psy.D., dated 2/13/2026 |
| 3500-CP-9 | Handwritten notes regarding interview tapes |
| 3500-CP-10 | Handwritten notes regarding phone calls |
| 3500-CP-11 | Handwritten notes regarding Valdes report |

**Pennuto, Tracy**

| 3500-TP-1 | Certificate of Restoration of Competency to Stand Trial regarding Defendant Michael Jeffries, executed by BOP Acting Warden B. Lott, with accompanying Forensic Evaluation Report executed by Cassondra Morris, Psy.D., both dated 12/10/2025 |
|---|---|
| 3500-TP-1.1 | Neuropsychological Evaluation Report dated 12/10/2025 |
| 3500-TP-2 | Tracey Pennuto Curriculum Vitae |

| | |
|---|---|
| 3500-TP-3 | Tracey Pennuto Testimony List |
| 3500-TP-4 | Handwritten notes |