# GRAYROBINSON

Brian H. Bieber  |  Brian.Bieber@gray-robinson.com  |  **D** 305.913.0546
Alek Ubieta     |  Alek.Ubieta@gray-robinson.com  |  **D** 305.913.0541
333 SE 2nd Avenue, Suite 3200, Miami, Florida  33131  |  **T** 305.416.6880  |  **F** 305.416.6887

March 10, 2026

**By ECF**

The Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:    **United States v. Michael S. Jeffries, et al.**
>        **Criminal Docket No. 24-423 (NJC)**

Dear Judge Choudhury:

Defendant, Michael S. Jeffries ("Mr. Jeffries"), by and through undersigned counsel, hereby submits the following materials in advance of the March 24, 2026 Competency Hearing:

1. Cover Letter of Mr. Jeffries' expert witness disclosure made pursuant to Fed. R. Crim. P. 16(b)(1)(C)(iii), attached hereto as Exhibit 1[1]; and

2. Mr. Jeffries' Exhibit List for the March 24, 2026 Competency Hearing, attached hereto as Exhibit 2.

Consistent with the Court's Individual Rules, hard copies of Mr. Jeffries' exhibits for the Competency Hearing will also be provided to the Court.

Respectfully submitted,

BRIAN H. BIEBER
ALEK UBIETA
Counsel for Defendant, Michael S. Jeffries
(305) 416-6880

cc:    Clerk of the Court (NJC) (via ECF)
       All Counsel of Record (via ECF and email)

---

[1] Copies of the exhibits referenced in the Cover Letter of Mr. Jeffries' expert witness disclosure were separately provided to both the Government and the Court on March 10, 2026.

Boca Raton  |  Fort Lauderdale  |  Fort Myers  |  Gainesville  |  Jacksonville  |  Key West  |  Lakeland
Melbourne  |  Miami  |  Naples  |  Orlando  |  Tallahassee  |  Tampa  |  Washington, D.C.  |  West Palm Beach

**gray-robinson.com**

# EXHIBIT 1

# GRAYROBINSON

Brian H. Bieber  |  Brian.Bieber@gray-robinson.com  |  **D** 305.913.0546
Alek Ubieta      |  Alek.Ubieta@gray-robinson.com   |  **D** 305.913.0541
333 SE 2nd Avenue, Suite 3200, Miami, Florida  33131  |  **T** 305.416.6880  |  **F** 305.416.6887

March 10, 2026

*SENT VIA EMAIL ONLY*

Erin Reid, Chief, Human Trafficking and Civil Rights Section
Megan E. Farrell, Deputy Chief, Human Trafficking and Civil Rights Section
Sean M. Fern, Assistant United States Attorney
United States Attorney's Office, Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
Erin.Reid@usdoj.gov
Megan.Farrell@usdoj.gov
Sean.Fern2@usdoj.gov

> **Re:** **United States v. Michael S. Jeffries, et al.**
> **Criminal Docket No. 24-423 (NJC)**
> **Fed. R. Crim. P. 16(b)(1)(C)(iii) Expert Witness Disclosure**

Dear Erin, Megan, and Sean:

Pursuant to Fed. R. Crim. P. 16(b)(1)(C)(iii), Defendant, Michael S. Jeffries ("Mr. Jeffries"), anticipates calling the below-named individuals to testify as expert witnesses at the forthcoming Competency Hearing scheduled to begin on March 24. 2026:

**1.    Dr. Jacqueline C. Valdes, Ph.D.**

Anticipated Testimony and Bases for Same: The sum and substance of Dr. Valdes' anticipated testimony and expert opinions to be elicited at the March 24, 2026 Competency Hearing is contained within the following reports, which have previously been provided to you: (1) October 2023 Neuropsychological Examination Report; (2) October 2024 Neuropsychological Addendum Report; (3) January 2026 Neuropsychological Examination Report; and (4) March 6, 2026 Neuropsychological Addendum Report.

Witness Qualifications and Publications: A copy of Dr. Valdes' most recent curriculum vitae, which includes a list of all her prior publications within the last ten (10) years, is attached hereto as Exhibit 1.

List of Prior Witness Testimony: A list of all cases in which Dr. Valdes has testified as an expert witness at trial or by deposition during the previous four (4) years is attached hereto as Exhibit 2.

Boca Raton  |  Fort Lauderdale  |  Fort Myers  |  Gainesville  |  Jacksonville  |  Key West  |  Lakeland
Melbourne  |  Miami  |  Naples  |  Orlando  |  Tallahassee  |  Tampa  |  Washington, D.C.  |  West Palm Beach

**gray-robinson.com**

March 10, 2026
Page 2

2.     **Dr. Alexander Sasha Bardey, M.D.**

<u>Anticipated Testimony and Bases for Same</u>: The sum and substance of Dr. Bardey's anticipated testimony and expert opinions to be elicited at the March 24, 2026 Competency Hearing is contained within the following reports, which have previously been provided to you: (1) December 9, 2024 Preliminary Report of Forensic Psychiatric and Neuropsychological Evaluation; (2) February 5, 2025 Forensic Psychiatric and Neuropsychological Evaluation; and (3) February 16, 2026 Forensic Psychiatric and Neuropsychological Evaluation.

<u>Witness Qualifications and Publications</u>: A copy of Dr. Bardey's most recent curriculum vitae, which includes a list of all his prior publications within the last ten (10) years, is attached hereto as Exhibit 3.

<u>List of Prior Witness Testimony</u>: A list of all cases in which Dr. Bardey has testified as an expert witness at trial or by deposition during the previous four (4) years is attached hereto as Exhibit 4.

3.     **Dr. Miranda Rosenberg, Psy.D.**

<u>Anticipated Testimony and Bases for Same</u>: The sum and substance of Dr. Rosenberg's anticipated testimony and expert opinions to be elicited at the March 24, 2026 Competency Hearing is contained within the following reports, which have previously been provided to you: (1) December 9, 2024 Preliminary Report of Forensic Psychiatric and Neuropsychological Evaluation; (2) February 5, 2025 Forensic Psychiatric and Neuropsychological Evaluation; and (3) February 16, 2026 Forensic Psychiatric and Neuropsychological Evaluation.

<u>Witness Qualifications and Publications</u>: A copy of Dr. Rosenberg's most recent curriculum vitae, which includes a list of all her prior publications within the last ten (10) years, is attached hereto as Exhibit 5.

<u>List of Prior Witness Testimony</u>: A list of all cases in which Dr. Rosenberg has testified as an expert witness at trial or by deposition during the previous four (4) years is attached hereto as Exhibit 6.

Respectfully submitted,

BRIAN H. BIEBER
ALEK UBIETA
Counsel for Defendant, Michael S. Jeffries
(305) 416-6880

BHB/au

cc:     The Honorable Nusrat J. Choudhury (via email only)
United States District Judge
Eastern District of New York

# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                          Case No. 24-CR-423

                Plaintiff,

v.

MICHAEL S. JEFFRIES,

                Defendant.
-----------------------------------------------------------X

## DEFENDANT'S EXHIBIT LIST FOR MARCH 24, 2026 COMPETENCY HEARING

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| A | Valdes Neuropsychological Examination Report (Oct. 2023) | | |
| B | Valdes Neuropsychological Examination Addendum Report (Oct. 2024) | | |
| C | Valdes Neuropsychological Examination Report (Jan. 2026) | | |
| D | Valdes Neuropsychological Examination Addendum Report (Mar. 2026) | | |
| E | Bardey and Rosenberg Preliminary Report of Forensic Psychiatric and Neuropsychological Evaluation (12-9-24) | | |
| F | Bardey and Rosenberg Forensic Psychiatric and Neuropsychological Evaluation (2-5-25) | | |
| G | Bardey and Rosenberg Forensic Psychiatric and Neuropsychological Evaluation (2-16-26) | | |
| H | Morton and Partners Radiology Records (Beginning 8-4-18) | | |
| I | Records of Dr. M. Gowen (Beginning 8-10-18) | | |
| J | Records of Dr. Opperman (Beginning 9-3-18) | | |
| K | Records of Dr. Woolf (Beginning 9-24-18) | | |
| L | Records of Dr. De Kock (3-21-19) | | |
| M | Records of Dr. Tomson (Beginning 6-28-19) | | |

1

| N | Express Scripts Prescription Records (Beginning Jun. 2021) | | |
|---|---|---|---|
| O | Cleveland Clinic Records (Beginning 11-22-23) | | |
| P | MRI Examination (11-28-23) | | |
| Q | MRI Report (11-28-23) | | |
| R | Good Samaritan Medical Records (Beginning 11-28-23) | | |
| S | Records of Dr. Salzman (12-29-23) | | |
| T | Mount Sinai Records (Beginning 6-12-24) | | |
| U | Rayus Radiology Scans and Notes (Beginning 8-1-24) | | |
| V | DAT Scan (8-2-24) | | |
| W | Gardens Neurology Records (Beginning 9-3-24) | | |
| X | PET Scan (9-25-24) | | |
| Y | Dr. Silvers' Findings and Diagnoses (10-8-24) | | |
| Z | Green's Pharmacy Records (Beginning 11-22-24) | | |
| AA | Additional Mount Sinai Records (Beginning 12-11-24) | | |
| AB | Additional Gardens Neurology Records (Beginning 12-23-24) | | |
| AC | Lewis Pharmacy Records (1-9-25) | | |
| AD | Publix Pharmacy Records (1-20-25) | | |
| AE | Records of Dr. Botha (1-22-25) | | |
| AF | Express Scripts Prescription Claims Records (2-5-25) | | |
| AG | CT Scan (4-27-25) | | |

2