# GRAY ROBINSON

Brian H. Bieber  |  Brian.Bieber@gray-robinson.com  |  **D** 305.913.0546
Alek Ubieta     |  Alek.Ubieta@gray-robinson.com   |  **D** 305.913.0541
333 SE 2nd Avenue, Suite 3200, Miami, Florida  33131  |  **T** 305.416.6880  |  **F** 305.416.6887

April 1, 2026

**By ECF**

The Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

>   Re:   **United States v. Michael S. Jeffries, et al.**
>         **Criminal Docket No. 24-423 (NJC)**

Dear Judge Choudhury:

Pursuant to the Court's March 27, 2026 Order, the parties have conferred and jointly propose the following briefing schedule to address Defendant Michael S. Jeffries' motion to seal certain filings or exhibits relating to the competency proceedings (other than Mr. Jeffries', medical records and the competency evaluation/re-evaluation reports), including but not limited to lists of exhibits and audio recordings:

1.  May 28, 2026: Date for submission of Mr. Jeffries' brief.

2.  June 4, 2026: Date for Government's response.

The parties appreciate the Court's consideration of their proposed briefing schedule and respectfully request that the Court adopt same.

Respectfully submitted,

BRIAN H. BIEBER
ALEK UBIETA
Counsel for Defendant, Michael S. Jeffries
(305) 416-6880

cc:   Clerk of the Court (NJC) (via ECF)
      All Counsel of Record (via ECF and email)

Boca Raton  |  Fort Lauderdale  |  Fort Myers  |  Gainesville  |  Jacksonville  |  Key West  |  Lakeland
Melbourne  |  Miami  |  Naples  |  Orlando  |  Tallahassee  |  Tampa  |  Washington, D.C.  |  West Palm Beach

**gray-robinson.com**