**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EMR/MEF/AT
F. #2023R00737

*610 Federal Plaza*
*Central Islip, New York 11722*

November 16, 2026

By ECF

The Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: United States v. Michael S. Jeffries et al.
Criminal Docket No. 24-423 (NJC)

Dear Judge Choudhury:

We write on behalf of the parties in the above captioned matter to respectfully provide a status update in advance of the telephone conference scheduled for November 18, 2026.

On August 27, 2026, the Court issued a pretrial scheduling order. ECF No. 112. In accordance with that order, on September 14, 2026, the government provided its expert witness disclosure to the defense. ECF No. 117. The defendants did not notice an expert witness.

On October 2, 2026, representatives for all defendants conducted electronic testing in the courtroom.

On October 2, 2026, the government produced to all parties a limited amount of additional discovery, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

On October 16, 2026, the parties filed their motions in limine (ECF No.'s 124 and 130, 131), and on November 6, 2026, the parties filed their respective responses (ECF No.'s 132 and 133).

During the week of November 9, 2025, the parties met and conferred on multiple occasions regarding their requests to charge, proposed verdict sheets and proposed voir dire questions. On November 13, 2026, the parties submitted their requests to charge, which are contained in one jointly submitted document, and their respective proposed verdict sheets and proposed voir dire questions. ECF No.'s 135, 136 and 138. On that same date, counsel for

Matthew Smith submitted a consent motion to extend the parties' time to file their memoranda of law addressing areas of disagreement in the proposed jury instructions, from November 13, 2026 to November 17, 2026. ECF No. 134. On November 13, 2026, the Court granted this request.

On November 13, 2026, the government submitted a consent motion to extend the government's deadline to produce electronic copies of exhibits and an exhibit list from November 30, 2026 to December 4, 2026, with hard copies to the Court by December 11, 2026. ECF No. 137. The Court granted the government's request to produce electronic copies of exhibits and an exhibit list on December 4, 2026.

On November 30, 2026, the government intends to produce its witness list as well as hard copies of Section 3500 material to the Court. The government previously provided 3500 Material to the defense on February 7, 2025 and August 21, 2026.

On December 3, 2026, the government is scheduled to conduct electronic testing in the courtroom.

With the Court's permission, on December 14, 2026, the government intends to submit its first motion to limit and/or preclude cross-examination of the government's witnesses, under Federal Rules of Evidence 608, 609 and 403. The defendants reserve their rights to respond/object if and as necessary.

Regarding the exclusion of time under the Speedy Trial Act, on August 27, 2026, the Court excluded time under the Speedy Trial Act from "the original trial date of October 26, 2026 through January 4, 2027 under 18 U.S.C. § 3161(h)(7)(A) because it will permit all three defendants to engage in the necessary review of voluminous discovery and 3500 material produced in August 2026, to prepare for trial, and to engage in pre-trial motion practice." Since that date, the parties have filed motions, which this Court has not yet ruled on, and thus it is

likewise appropriate under 18 U.S.C. § 3161(h)(1)(D) to exclude time under the Speedy Trial Act through the conclusion of the hearing on, or other prompt disposition of, such motions.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Erin Reid
Megan E. Farrell
Adam R. Toporovsky
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of the Court (NJC) (by ECF)
Brian Bieber, Esq. (by E-mail and ECF)
Joseph Nascimento, Esq. (by E-mail and ECF)
David Raben, Esq. (by E-mail and ECF)
Jeremy Schneider, Esq. (by E-mail and ECF)