**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EMR/MEF/AT
F. #2023R00737

*610 Federal Plaza*
*Central Islip, New York 11722*

November 16, 2026

By ECF

The Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: United States v. Michael S. Jeffries et al.
Criminal Docket No. 24-423 (NJC)

Dear Judge Choudhury:

The government respectfully submits this letter in response to the Court's November 13, 2026 order, directing the government to file a letter notifying the Court of the number of exhibits and number of binders that it is producing. As set forth in greater detail below, the government is still in the process of identifying the exhibits that it intends to admit at trial. As of today, the government has identified approximately 500 files as potential exhibits, and it anticipates marking no more than approximately 1,000 total exhibits.

By way of background, nearly all of the files the government collected as part of the investigation are housed in a database that contains 864,813 files. These files are maintained in the file format in which they were produced to the government. As such, many are not formatted as PDFs, and instead are in other file formats, such as .xls, .msg, .eml or tiffed images. Before they can be labeled with exhibit stickers, the selected files must be processed—or converted to a printable format—and where relevant, emails must be united with attachments.[1] Because processing and marking files is a time-consuming task that requires multiple personnel, the government requested four additional days to produce an electronic version of its exhibits, and a week from that deadline to create the requested binders.

[1] Certain files, such as excel spreadsheets, contain dynamic formatting that do not translate cleanly to a static PDF layout and can number many pages. Even then, such documents are often more difficult to read in PDF format than when left in their native format.

Once the universe of potential exhibits is processed and marked, the government can estimate the number of pages, and by extension, the number of binders.[2] Prior to engaging in that process, it is difficult to accurately estimate the number of total binders required for the government's exhibits.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Erin Reid
Megan E. Farrell
Adam R. Toporovsky
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of the Court (NJC) (by ECF)
Brian Bieber, Esq. (by E-mail and ECF)
Joseph Nascimento, Esq. (by E-mail and ECF)
David Raben, Esq. (by E-mail and ECF)
Jeremy Schneider, Esq. (by E-mail and ECF)

[2] By way of comparison, in a large case recently tried in this district, the government marked approximately 1,000 exhibits, which were printed and placed in binders for the court; excel spreadsheets, however, were placed on compact discs, which were contained in plastic sleeves within the binders. There, the government supplied the court with one set of exhibits, single-sided, which filled approximately 20 four-inch binders.